UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| BRUCE GILLEY, | Case No.: 6:22-cv-01181-AA |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| TOVA STABIN, in her individual capacity; and the COMMUNICATION MANAGER of the University of Oregon's Division of Equity and Inclusion, in his or her official capacity, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(2), plaintiff Bruce Gilley and defendants tova stabin and the Communication Manager of the University of Oregon's Division of Equity and Inclusion hereby stipulate that all claims against defendant stabin immediately be dismissed with prejudice and without designation of a prevailing party, costs, or fees.

///

Page 1 – **STIPULATION OF VOLUNTARY DISMISSAL**

On this 28th day of March, 2025,

*IT IS SO STIPULATED.*

| For Plaintiff Bruce Gilley: | For Defendants stabin and Communication Manager for the Division of Equity and Inclusion: |
|---|---|
| s/ *Endel Kolde* | s/ *Misha Isaak* |
| ENDEL KOLDE (pro hac vice)<br>dkolde@ifs.org<br>Institute for Free Speech<br>1150 Connecticut Ave., NW, Suite 801<br>Washington, D.C. 20036<br><br>D. ANGUS LEE, OSB No. 213139<br>angus@angusleelaw.com<br>Angus Lee Law Firm, PLLC<br>9105 NE Highway 99, Suite 200<br>Vancouver, WA 98665-8974 | MISHA ISAAK, Bar No. 086430<br>misha.isaak@stoel.com<br>J. ALEXANDER BISH, Bar No. 173060<br>alexander.bish@stoel.com<br>Stoel Rives LLP<br>760 SW Ninth Ave, Suite 3000<br>Portland, OR 97205 |