UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| BRUCE GILLEY, | Case No.: 6:22-cv-01181-AA |
| Plaintiff, | **STIPULATION** |
| v. | |
| TOVA STABIN, in her individual capacity; and the COMMUNICATION MANAGER of the University of Oregon's Division of Equity and Inclusion, in his or her official capacity, | |
| Defendants. | |

Bruce Gilley and the University of Oregon agree as follows:

1. On June 14, 2022, Professor Bruce Gilley re-posted and commented on a social media post by the Communication Manager for the Division of Equity and Inclusion. Professor Gilley commented "all men are created equal" in a re-tweet of @UOEquity's racism interrupter

post. The Communication Manager thereafter blocked Professor Gilley from interacting with the Division's account. Professor Gilley remained blocked for approximately seven weeks.

2. The University of Oregon has previously said and now reiterates that blocking Professor Gilley was an isolated incident that should not have happened. His comment that "all men are created equal" is constitutionally protected speech and should not have been blocked. The University's General Counsel regrets that Professor Gilley was blocked.

3. After he was blocked, Professor Gilley made a public records request for the University's policies that govern social media moderation. An Assistant Vice President for the Division of Equity and Inclusion provided information in response to the public records request that incorrectly advised the Public Records Office that the University did not have social media moderation polices, and that incorrect information was provided to Professor Gilley. No University officials above the rank of the Assistant Vice President were made aware of the request or incorrect response. The University's General Counsel regrets that this incorrect information was provided.

4. Senior University officials above the rank of the Assistant Vice President were not made aware that Professor Gilley had been blocked until after he filed his lawsuit. Professor Gilley did not confer with the University before filing the lawsuit and motion for temporary restraining order.

5. As part of resolving this case, the University has agreed to clarify its social media guidelines, provide a means of challenging a blocking decision, and train staff.

On this 28th day of March, 2025,

*IT IS SO STIPULATED.*

| For Plaintiff Bruce Gilley: | For Defendant Communication Manager for the Division of Equity and Inclusion: |
|---|---|
| s/ *Endel Kolde* | s/ *Misha Isaak* |
| ENDEL KOLDE (pro hac vice)<br>dkolde@ifs.org<br>Institute for Free Speech<br>1150 Connecticut Ave., NW, Suite 801<br>Washington, D.C. 20036<br><br>D. ANGUS LEE, OSB No. 213139<br>angus@angusleelaw.com<br>Angus Lee Law Firm, PLLC<br>9105 NE Highway 99, Suite 200<br>Vancouver, WA 98665-8974 | MISHA ISAAK, Bar No. 086430<br>misha.isaak@stoel.com<br>J. ALEXANDER BISH, Bar No. 173060<br>alexander.bish@stoel.com<br>Stoel Rives LLP<br>760 SW Ninth Ave, Suite 3000<br>Portland, OR 97205 |

Page 3 – **STIPULATION**