IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**BRUCE GILLEY**,

    Plaintiff,

v.

**TOVA STABIN**, et al.,

    Defendants.

Civ. No. 6:22-cv-01181-AA

**JUDGMENT**

_____

AIKEN, District Judge:

    According to the accompanying Order of the Court and Stipulation of the Parties, this case is DISMISSED with prejudice.

    IT IS SO ORDERED.

    Dated this 23rd day of September 2025.

                                            /s/Ann Aiken

                                              Ann Aiken
                                United States District Judge